# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ABDULKARIM MUHAMMAD, ) | CASE NO. 1:16-CV-2569 |
| ) | |
| PLAINTIFF, ) | JUDGE SARA LIOI |
| ) | |
| vs. ) | |
| ) | **ORDER OF REMAND** |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| DEFENDANT. ) | |

Before the Court is the Report and Recommendation of the magistrate judge in the above entitled action. (Doc. No. 16.) Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. [. . .]

28 U.S.C. § 636(b)(1). The R&R was filed on October 10, 2017.

On October 24, 2017, defendant filed a response (Doc. No. 17) indicating that there would be no objection to the recommendation of the magistrate judge that the Commissioner's final decision be vacated and the case be remanded, pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings consistent with the Report and Recommendation.

No objections having been heard, the Court adopts the recommendation and remands this matter for further proceedings.

**IT IS SO ORDERED**.

Dated: October 26, 2017

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**